UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SAMUEL WARD** | * | CIVIL ACTION NO. |
| | * | |
| **VERSUS** | * | DOCKET NO. |
| | * | |
| **THE STANDARD INSURANCE COMPANY** | * | SECTION |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Complainant, **SAMUEL WARD**, a natural person of the full age of majority, domiciled and residing in the Parish of Iberville, State of Louisiana, with respect, avers:

I.

Defendant, **THE STANDARD INSURANCE COMPANY** (hereinafter "STANDARD"), is a foreign insurance corporation, having the State of Oregon as its state of incorporation and principal business establishment, authorized to do and doing business within this district of the State of Louisiana.

II.

This Court has jurisdiction over this controversy on the grounds of Diversity of Citizenship, as Complainant is a citizen of the State of Louisiana, and Defendant is a citizen of a state other than Louisiana, and the amount in controversy exceeds $75,000.

III.

Alternatively, this Court has jurisdiction over this controversy on the grounds of Federal Question Jurisdiction under ERISA.

IV.

Since on or about August 24, 2015, while employed by Jacobs Engineering Group, Inc., Complainant has been, is now and will remain in a continuous state of disability and/or reduced ability to secure gainful employment, which disability began while Complainant was domiciled and residing at all relevant times in Iberville Parish, Louisiana.

V.

At all relevant times, in full force and effect was a policy of disability insurance issued by defendant, **STANDARD**, which insures Complainant and which entitles Complainant to benefits for the above-described disability.

VI.

The Complainant has become, and will remain into the future, disabled within the meaning of the disability insurance policy written by **STANDARD.**

VII.

Defendant, **STANDARD** has failed to pay benefits to Complainant to which he is clearly entitled under the Standard insurance policy.

VIII.

Defendant, **STANDARD**, has breached its fiduciary duty to the Complainant by failing to pay the total disability benefits to which he is entitled, under the disability insurance policy issued by Standard.

IX.

The actions of Defendant, **STANDARD**, constitute arbitrary and capricious failure to pay benefits which are clearly due to the Complainant, despite adequate proof of loss.

X.

The Complainant is entitled to receive total disability benefits as defined by the Standard insurance policy.

XI.

The Complainant is further entitled to all costs of these proceedings, and attorney's fees from **STANDARD**, expended by Complainant in pursuit of his claims.

**WHEREFORE**, Complainant, **SAMUEL WARD**, prays for judgment in his favor and against Defendant, **THE STANDARD INSURANCE COMPANY**, for benefits, enforcing his rights and clarifying his rights to future benefits, in such an amount as will

fairly and fully compensate him according to law, together with legal interest, costs, and attorney's fees and for legal and equitable relief as this Court is empowered to grant.

Respectfully Submitted,

s/J. Price McNamara

_____
**J. PRICE McNAMARA  (20291)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
Attorney for Complainant,
SAMUEL WARD